**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

KELVIN DE AZA,

Plaintiff,

-against-

BODKIN, *et al.*,

Defendants.

--------------------------------------------------------------X

**ORDER**

**25-CV-3910 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Discovery in this case is now closed. Dkt. No. 9. The Parties are to file a status letter by **July 20, 2026** indicating whether either Party intends to file a motion for summary judgment. Additionally, this Court filed a settlement order with instructions for how to schedule a settlement conference with the Court on July 30, 2025. Dkt. No. 10. If the Parties are interested in a settlement conference they should email chambers at WillisNYSDChambers@nysd.uscourts.gov and jointly propose three dates in August and September.

SO ORDERED.

DATED: New York, New York
July 13, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge