**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

KELVIN DE AZA,

Plaintiff,

-against-

BODKIN, *et al.*,

Defendants.

---------------------------------------------------------------X

**ORDER**

**25-CV-3910 (VSB) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court notes that Parties have attempted two times to file a Stipulation of Voluntary Dismissal in this case, first on July 13, 2026 and later on July 31, 2026. Dkt. Nos 17 and 18. As further explained in notices sent to counsel on July 14, 2026 and August 3, 2026, these filings are deficient and must be properly re-submitted. No such attempt at resubmission has yet been made.

If Parties intend to voluntarily dismiss the case, they are directed to re-file a Stipulation of Voluntary Dismissal by **September 25, 2026.** If Parties do not plan to dismiss the case, they are directed to update the Court by that same date with each Parties' position and a proposal for next steps.

SO ORDERED.

DATED: New York, New York
September 18, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge